IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN W. CARROLL,<br><br>        Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security;<br><br>        Defendant. | 8:13CV255<br><br>ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER |

    The defendant, by an through her counsel, has filed Defendant's Motion for Extension of Time to Answer, ECF No. 9.   The defendant requests an extension of 30 days in which to answer.  My judicial assistant contacted defendant's counsel and received an e-mail response that said, "I placed a call to Mr. Peterson and was able to speak with him.  He [Mr. Peterson] stated that he has no objection to the government's request for extension of time filed today in the above referenced Social Security Administration appeal."

    IT THEREFORE IS ORDERED that the Defendant's Motion for Extension of Time to Answer, ECF No. 9, is granted, and the defendant shall have on or before November 25, 2013, in which to file and serve her answer.

    Dated October 24, 2013.

                                              BY THE COURT

                                              Warren K. Urbom
                                              United States Senior District Judge