IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN W. CARROLL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security;<br><br>　　　　　　Defendant. | 8:13CV255<br><br>ORDER ON UNRESISTED MOTION FOR ENLARGEMENT OF TIME |

　　　The plaintiff, by an through his counsel, has filed an Unresisted Motion for Enlargement of Time, ECF No. 16.  The plaintiff requests an extension of 30 days in which to file a brief in support of his position and states that the defendant's counsel has been contacted and has expressed no objection to the extension.

　　　IT THEREFORE IS ORDERED that:

　　　1.  the plaintiff's Unresisted Motion for Enlargement of Time, ECF No. 16, is granted;

　　　2.  the plaintiff shall on or before January 31, 2014, file and serve his brief in support of his position;

　　　3.   the defendant shall have 35 days from the date on which the plaintiff's brief is filed in which to file an answer brief;

　　　4.  within one week after the defendant's answer brief is filed, the plaintiff may file a reply brief and make any other request which may be permitted under 42 U.S.C. § 405(g); and

　　　5.  in the absence of an order scheduling further proceedings, the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 4.

　　　Dated December 30, 2013.

　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　_/s/ Warren K. Urbom_____
　　　　　　　　　　　　　　　　　　Warren K. Urbom
　　　　　　　　　　　　　　　　　　United States Senior District Judge